# IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

**In re:**

    **CHARLES E. WALKER,**

    Debtor.

**Case No. 3:16-bk-03304**
**Chapter 11**
**Judge Mashburn**

**FAMILY TRUST SERVICES LLC, STEVEN REIGLE, REGAL HOMES CO., BILLY GREGORY, and JOHN SHERROD, on behalf of themselves and those similarly situated,**

    Plaintiffs,

v.

**JULIE COONE, NATIONWIDE INVESTMENTS LLC, and MERDAN IBRAHIM,**

    Defendants.

**Case No. 3:19-ap-90088**

## MOTION TO STRIKE OR REMAND AND FOR ENTRY OF A BILL OF PEACE

The Plaintiffs, Family Trust Services LLC, Steven Reigle, Regal Homes Co., Billy Gregory, and John Sherrod, respectfully move the Court, pursuant to 28 U.S.C. § 1447, Federal Rules of Bankruptcy Procedure 9027(d) and 7012(b), and Federal Rule of Civil Procedure 12(b)(1), to strike the Debtor's notice of removal or, in the alternative, to remand this case to the Tennessee Chancery Court for the Twentieth Judicial District on the basis that it has been improperly removed by a nonparty and that the Court lacks jurisdiction over it. Moreover, the Plaintiffs respectfully move the Court, pursuant to 11 U.S.C. § 105(a) and the Court's

inherent authority, to enjoin the Debtor from attempting a further removal of this action without first obtaining the Court's leave.

Finally, the Plaintiffs request that the Court award them their reasonable attorney's fees incurred as a result of the removal, pursuant to 28 U.S.C. § 1447(c), on the basis that the removal was objectively unreasonable because undertaken by a nonparty and in direct contravention of the order of remand entered in *Family Trust Services LLC v. Coone*, No. 3:18-cv-859 (M.D. Tenn. April 1, 2019).

For further support, the Plaintiffs rely upon their contemporaneously filed memorandum of law.

        Respectfully submitted:

        LEADER, BULSO & NOLAN, PLC

        By:   s/ Paul J. Krog
           Eugene N. Bulso, Jr. (No. 12005)
           Paul J. Krog (No. 29263)
           414 Union Street, Suite 1740
           Nashville, Tennessee 37219
           gbulso@leaderbulso.com
           pkrog@leaderbulso.com
           Tel.: (615) 780-4110
           Fax: (615) 780-4118
           *Attorneys for Family Trust Services LLC, Steven Reigle, Regal Homes Co., Billy Gregory, and John Sherrod*

{00129483.DOCX / ver: }     -2-
Case 3:19-ap-90088    Doc 2    Filed 05/13/19    Entered 05/13/19 17:29:24    Desc Main
Document     Page 2 of 3

# CERTIFICATE OF SERVICE

I certify that the foregoing is being entrusted to the care of the United States Postal Service for delivery as first-class U.S. Mail to the following, and also filed via the Court's ECF system, which is expected to deliver a copy to the following, on this, the 13th day of May, 2019:

Patrick Newsom
Paul Bruno
Bruno|Newsom PLLC
40 Music Square E.
Nashville, TN 37203
615-251-9500
615-345-4188
patrick@brunonewsom.com
*Counsel for Defendant Nationwide Investments LLC*

Charles Walker
Woodbine Legal PC
69 Thompson Lane
Nashville, TN 37211
615-367-5111
615-383-1154
charles@woodbinelegal.com

Robert R Laser III
625 Main Street
Suite 206
Nashville, TN 37206
615-669-5468
rob@laserlawfirm.com
*Counsel for Defendants Merdan Ibrahim and Julie Coone*

 

                                          s/ Paul J. Krog
                                          Paul J. Krog