IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FAMILY TRUST SERVICES LLC, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | NO. 3:18-cv-00859 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| JULIE COONE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 27), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, for the reasons stated in the Report and Recommendation, Plaintiffs' Motion to Remand (Doc. No. 12) is **GRANTED**, and this action is remanded to the Davidson County Chancery Court. All other pending Motions are **DENIED** as moot. The Clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE